UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------

IN RE:                                                                BK NO. 05-22581

JC & SALLY HUMAN
      Debtor(s)

---------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made
   in the following case. Your trustee has stopped payment on all checks remaining
   unpaid listed below. The names of the persons to whom such unnegotiated
   distribution checks were issued and the amount of such checks are as follows:

   Marian Campbell
   1500 County Road 18
   Beaver Dams NY  14812

2. Your Trustee's check for $95.52, payable to the Clerk of the Court, is attached
   to this report.

3. Nothing further remains to be done in this case.

Dated: December 3, 2009
      Rochester, NY                    /s/_____
                                     GEORGE M. REIBER, TRUSTEE



FILED
DEC 7 2009
BANKRUPTCY COURT
ROCHESTER, NY